**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**



Order Filed on September 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  MONA HOLLAND

Case No.:  18-25769VFP

Hearing Date:  9/20/2018

Judge:  VINCENT F. PAPALIA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: September 25, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.: 18-25769VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 09/20/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that case will be dismissed at the 11/1/2018 confirmation hearing if debtor is not current with plan payments and if the 341a meeting of creditors has not been conducted before this date.