Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–25769–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mona Holland
    55 Whittlesey Ave.
    East Orange, NJ 07018

Social Security No.:
    xxx–xx–7869

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/7/2018 and a confirmation hearing on such Plan has been scheduled for 9/20/2018.

The debtor filed a Modified Plan on 12/27/2018 and a confirmation hearing on the Modified Plan is scheduled for 2/7/2019; 8:30 AM. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: December 27, 2018
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-25769-VFP
Mona Holland                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Dec 27, 2018
                             Form ID: 186          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db              +Mona Holland,   55 Whittlesey Ave.,   East Orange, NJ 07018-3307
517688847       +KML Law Group, P.C.,   216 Haddon Ave.,   Suite 406,   Westmont, NJ 08108-2812
517688846        KML Law Group, P.C.,   Suite 5000 - BNY Mellon Independence,   70 Market Street,
                  Philadelphia, PA 19106
517883491       +M. Miller & Son, LLC,   1211 Liberty Avenue,   Hillside, NJ 07205-2093
517688848       +Thrift Investment Corp,   720 King George Post Rd,   Fords, NJ 08863-1985

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 23:24:50     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 23:24:47     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517688840       +E-mail/Text: bankruptcycare@affinityfcu.com Dec 27 2018 23:24:08     Affinity Fcu,
                  73 Mountainview Blvd Bld,   Basking Ridge, NJ 07920-2332
517688841       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2018 23:20:32     Capital One,
                  Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517773168        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2018 23:19:50
                  Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517817224        E-mail/Text: bankruptcy.bnc@ditech.com Dec 27 2018 23:24:13     DiTech Financial LLC,
                  P.O. Box 6154,   Rapid City, SD 57709-6154
517688842       +E-mail/Text: mrdiscen@discover.com Dec 27 2018 23:23:45     Discover Financial,   Po Box 3025,
                  New Albany, OH 43054-3025
517688843       +E-mail/Text: bankruptcynotices@dcicollect.com Dec 27 2018 23:25:26
                  Diversified Consultants, Inc.,   Diversified Consultants, Inc.,   Po Box 551268,
                  Jacksonville, FL 32255-1268
517688844       +E-mail/Text: bankruptcy.bnc@ditech.com Dec 27 2018 23:24:13     Green Tree Servicing L,
                  Po Box 6172,   Rapid City, SD 57709-6172
517688849       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 27 2018 23:23:37
                  Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
517799830       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 27 2018 23:20:43     Verizon,
                  by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                            TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517688845       ##+Kha-Ris Salaam,   55 Whittlesey Avenue,   East Orange, NJ 07018-3307
                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner**
**shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social**
**Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required**
**by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:
          Barry Scott Miller    on behalf of Creditor   M. Miller & Son, LLC bmiller@barrysmilleresq.com,
           jmiller@barrysmilleresq.com
          Craig Scott Keiser    on behalf of Creditor   DITECH FINANCIAL LLC craig.keiser@phelanhallinan.com
          Denise E. Carlon    on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 27, 2018
                             Form ID: 186             Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Scott D. Sherman     on behalf of Debtor Mona  Holland ssherman@minionsherman.com
          Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
          nj.bkecf@fedphe.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                        TOTAL: 8