| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    MONA HOLLAND | Case No.:  18-25769<br><br>Hearing Date:  12/20/2018<br><br>Judge:  VINCENT F. PAPALIA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: December 27, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

1

Debtor(s): MONA HOLLAND

Case No.: 18-25769VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 12/20/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 12/20/2018 of the plan filed on 08/07/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 01/03/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-25769-VFP
Mona Holland                                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1            Date Rcvd: Dec 27, 2018
                       Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db             +Mona Holland,   55 Whittlesey Ave.,   East Orange, NJ 07018-3307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:
      Barry Scott Miller    on behalf of Creditor   M. Miller & Son, LLC bmiller@barrysmilleresq.com,
       jmiller@barrysmilleresq.com
      Craig Scott Keiser    on behalf of Creditor   DITECH FINANCIAL LLC craig.keiser@phelanhallinan.com
      Denise E. Carlon    on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor   DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Scott D. Sherman    on behalf of Debtor Mona  Holland ssherman@minionsherman.com
      Sherri Jennifer Smith    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
       nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 8