UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856

Order Filed on March 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MONA HOLLAND,

                DEBTORS

Case No.:     18-25769
Chapter:         13
Judge:         PAPALIA

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 22, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/29/2019_____ :

Property:     55 Whittlesey Ave., East Orange, NJ 07018

Creditor:     Ditech Finacial LLC

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____5/21/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2