Order Filed on April 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BARRY S. MILLER, ESQ.
1211 Liberty Avenue
Hillside, New Jersey 07114
973-216-7030
973-710-3099 (fax)
bmiller@barrysmilleresq.com
Attorney for Secured Creditor, M. Miller & Son, LLC

In Re:

**MONA HOLLAND**

Debtor.

Case No.: 18-25769

Hearing Date: 4/18/19

Judge: VFP

Chapter 13

**ORDER REQUIRING AMERICAN SECURITY INSURANCE COMPANY TO REISSUE FIRE INSURANCE PROCEEDS CHECK #62613976 DATED 9/19/18 PAYABLE TO: (1) M. MILLER & SON, LLC IN THE AMOUNT OF $19,624.24 AS ITS ADJUSTER'S FEE AND (2) MONA HOLLAND AND DITECH FINANCIAL LLC IN THE AMOUNT OF $29,652.43**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 29, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: Mona Holland
Case No.: 18-25769
Caption of Order:     **ORDER REQUIRING AMERICAN SECURITY INSURANCE COMPANY TO REISSUE FIRE INSURANCE PROCEEDS CHECK #62613976 DATED 9/19/18 PAYABLE TO (1) <u>M. MILLER & SON, LLC</u> IN THE AMOUNT OF $19,624.24 AS ITS ADJUSTER'S FEE AND (2) <u>MONA HOLLAND AND DITECH FINANCIAL LLC</u> IN THE AMOUNT OF $29,652.43**
_____

    THIS MATTER having been brought before the Court by motion of the Secured Creditor, M. Miller & Son, LLC ("Miller"), seeking to have its public adjuster's fee paid from the second insurance proceeds check issued by American Security Insurance Company, and the Court having reviewed the papers submitted and having heard oral argument with counsel for the Debtor and Ditech Financial LLC appearing and for good cause shown

    **IT IS ORDERED** that Miller's request for its public adjuster's fee to be paid from the second insurance proceeds check is granted; and

    **IT IS FURTHER ORDERED** that American Security Insurance Company is required to reissue its fire insurance proceeds check #62613976 dated 9/19/18 in the amount of $49,276.67 payable to (1) <u>M. Miller & Son, LLC</u> in the amount of $19,624.24 as its adjuster's fee and (2) <u>Mona Holland and Ditech Financial LLC</u> in the amount of $29,652.43.