Order Filed on April 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY S. MILLER, ESQ.<br>1211 Liberty Avenue<br>Hillside, New Jersey 07114<br>973-216-7030<br>973-710-3099 (fax)<br>bmiller@barrysmilleresq.com<br>Attorney for Secured Creditor, M. Miller & Son, LLC | |
| In Re:<br><br>**MONA HOLLAND**<br><br>Debtor. | Case No.: 18-25769<br><br>Hearing Date: 4/18/19<br><br>Judge: VFP<br><br>Chapter 13 |

**ORDER REQUIRING AMERICAN SECURITY INSURANCE COMPANY TO REISSUE FIRE INSURANCE PROCEEDS CHECK #62613976 DATED 9/19/18 PAYABLE TO: (1) M. MILLER & SON, LLC IN THE AMOUNT OF $19,624.24 AS ITS ADJUSTER'S FEE AND (2) MONA HOLLAND AND DITECH FINANCIAL LLC IN THE AMOUNT OF $29,652.43**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 29, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)
Debtor: Mona Holland
Case No.: 18-25769
Caption of Order:    **ORDER REQUIRING AMERICAN SECURITY INSURANCE COMPANY TO REISSUE FIRE INSURANCE PROCEEDS CHECK #62613976 DATED 9/19/18 PAYABLE TO (1) <u>M. MILLER & SON, LLC</u> IN THE AMOUNT OF $19,624.24 AS ITS ADJUSTER'S FEE AND (2) <u>MONA HOLLAND AND DITECH FINANCIAL LLC</u> IN THE AMOUNT OF $29,652.43**
_____

THIS MATTER having been brought before the Court by motion of the Secured Creditor, M. Miller & Son, LLC ("Miller"), seeking to have its public adjuster's fee paid from the second insurance proceeds check issued by American Security Insurance Company, and the Court having reviewed the papers submitted and having heard oral argument with counsel for the Debtor and Ditech Financial LLC appearing and for good cause shown

**IT IS ORDERED** that Miller's request for its public adjuster's fee to be paid from the second insurance proceeds check is granted; and

**IT IS FURTHER ORDERED** that American Security Insurance Company is required to reissue its fire insurance proceeds check #62613976 dated 9/19/18 in the amount of $49,276.67 payable to (1) <u>M. Miller & Son, LLC</u> in the amount of $19,624.24 as its adjuster's fee and (2) <u>Mona Holland and Ditech Financial LLC</u> in the amount of $29,652.43.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-25769-VFP
Mona Holland                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Apr 29, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
db             +Mona Holland,    55 Whittlesey Ave.,    East Orange, NJ 07018-3307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
    Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
    Barry Scott Miller    on behalf of Creditor    M. Miller & Son, LLC bmiller@barrysmilleresq.com, jmiller@barrysmilleresq.com
    Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
    Robert Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
    Scott D. Sherman    on behalf of Debtor Mona  Holland ssherman@minionsherman.com
    Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                     TOTAL: 10