Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−25769−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mona Holland
   55 Whittlesey Ave.
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−7869

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/3/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 3, 2019
JAN: jf

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-25769-VFP
Mona Holland                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: May 03, 2019
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
```
db             +Mona Holland,    55 Whittlesey Ave.,    East Orange, NJ 07018-3307
518067851      +Barry M. Miller, Esq,    1211 Liberty Ave,    Hillside, NJ 07205-2022
517688847      +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
517688846       KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence,    70 Market Street,
                 Philadelphia, PA 19106
517688845      +Kha-Ris Salaam,    55 Whittlesey Avenue,    East Orange, NJ 07018-3307
517883491      +M. Miller & Son, LLC,    1211 Liberty Avenue,    Hillside, NJ 07205-2093
518067087      +MUE Construction,    70 Forest Street,    Kearny, NJ 07032-3336
517688848      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2019 00:29:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2019 00:29:13     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517688840      +E-mail/Text: bankruptcycare@affinityfcu.com May 04 2019 00:28:44     Affinity Fcu,
                 73 Mountainview Blvd Bld,    Basking Ridge, NJ 07920-2332
517688841      +EDI: CAPITALONE.COM May 04 2019 03:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517773168       EDI: CAPITALONE.COM May 04 2019 03:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
518121046       E-mail/Text: bankruptcy.bnc@ditech.com May 04 2019 00:28:48     DITECH FINANCIAL LLC,
                 DITECH FINANCIAL LLC,    P.O. BOX 6154,    RAPID CITY SD 57709-6154
517817224       E-mail/Text: bankruptcy.bnc@ditech.com May 04 2019 00:28:48     DiTech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
517688842      +EDI: DISCOVER.COM May 04 2019 03:58:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517688843      +EDI: DCI.COM May 04 2019 03:58:00      Diversified Consultants, Inc.,
                 Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
517688844      +E-mail/Text: bankruptcy.bnc@ditech.com May 04 2019 00:28:48     Green Tree Servicing L,
                 Po Box 6172,    Rapid City, SD 57709-6172
517688849      +EDI: VERIZONCOMB.COM May 04 2019 03:58:00      Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
517799830      +EDI: AIS.COM May 04 2019 03:58:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 12
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
```
          Andrew L. Spivack   on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Barry Scott Miller   on behalf of Creditor    M. Miller & Son, LLC bmiller@barrysmilleresq.com,
           jmiller@barrysmilleresq.com
          Denise E. Carlon   on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers   on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
```

```
District/off: 0312-2            User: admin              Page 2 of 2               Date Rcvd: May 03, 2019
                                Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Robert   Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
        Scott D. Sherman    on behalf of Debtor Mona   Holland ssherman@minionsherman.com
        Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
        nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                            TOTAL: 10