Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−25769−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mona Holland
   55 Whittlesey Ave.
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−7869

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 6/20/19
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott D. Sherman, Debtor's Attorney,

COMMISSION OR FEES
$2,500.00

EXPENSES
$31.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 11, 2019
JAN:

                    Jeanne Naughton
                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-25769-VFP
Mona Holland                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                    Page 1 of 2                 Date Rcvd: Jun 11, 2019
                               Form ID: 137                   Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
db             +Mona Holland,    55 Whittlesey Ave.,    East Orange, NJ 07018-3307
518067851      +Barry M. Miller, Esq,    1211 Liberty Ave,    Hillside, NJ 07205-2022
517688847      +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
517688846       KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence,    70 Market Street,
                 Philadelphia, PA 19106
517688845      +Kha-Ris Salaam,    55 Whittlesey Avenue,    East Orange, NJ 07018-3307
517883491      +M. Miller & Son, LLC,    1211 Liberty Avenue,    Hillside, NJ 07205-2093
518067087      +MUE Construction,    70 Forest Street,    Kearny, NJ 07032-3336
517688848      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 23:39:49     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 23:39:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517688840      +E-mail/Text: bankruptcycare@affinityfcu.com Jun 11 2019 23:39:13     Affinity Fcu,
                 73 Mountainview Blvd Bld,    Basking Ridge, NJ 07920-2332
517688841      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2019 23:46:36     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517773168       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2019 23:45:57
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
518121046       E-mail/Text: bankruptcy.bnc@ditech.com Jun 11 2019 23:39:16     DITECH FINANCIAL LLC,
                 DITECH FINANCIAL LLC,    P.O. BOX 6154,    RAPID CITY SD 57709-6154
517817224       E-mail/Text: bankruptcy.bnc@ditech.com Jun 11 2019 23:39:16     DiTech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
517688842      +E-mail/Text: mrdiscen@discover.com Jun 11 2019 23:38:48     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517688843      +E-mail/Text: bankruptcynotices@dcicollect.com Jun 11 2019 23:40:13
                 Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                 Jacksonville, FL 32255-1268
517688844      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 11 2019 23:39:16     Green Tree Servicing L,
                 Po Box 6172,    Rapid City, SD 57709-6172
517688849      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 11 2019 23:38:38
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
517799830      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2019 23:46:11     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Barry Scott Miller    on behalf of Creditor    M. Miller & Son, LLC bmiller@barrysmilleresq.com,
               jmiller@barrysmilleresq.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jun 11, 2019
                              Form ID: 137             Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Robert Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Scott D. Sherman    on behalf of Debtor Mona  Holland ssherman@minionsherman.com
              Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```