UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

Order Filed on June 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MONA HOLLAND,

DEBTOR

Case No.: 18-25769

Chapter: 13

Judge: PAPALIA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 25, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____SCOTT D. SHERMAN, ESQ._____, the applicant, is allowed a fee of \_$2,500.00\_ for services rendered and expenses in the amount of $\_\_\_\_31.00\_\_\_ for a total of $\_\_\_\_2,531.00_____ The allowance shall be payable:

    **X**\_\_    through the Chapter 13 plan as an administrative priority.

    \_\_\_\_\_ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_N/A_____ per month for \_\_\_\_N/A_____ months to allow for payment of the aforesaid fee.

These Fees shall be payable by the Chapter 13 Trustee from funds on hand along with any remaining unpaid balance due to counsel under the Chapter 13 Plan, to the extent funds are available, and shall be paid notwithstanding any dismissal of this case.

*Revised 10/3/02*